# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GEORGE L. OLSHER, *et al.*<br><br>　　　　　　Defendants. | Case No. 18-cv-00645-BAS-JMA<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[ECF No. 7] |

　　　Presently before the Court is the Parties' Joint Motion to Retain Jurisdiction to Enforce Settlement Agreement and Dismiss Case With Prejudice. (ECF No. 7.) The Motion indicates the Parties have reached a settlement. The Parties request that the Court retain jurisdiction over the case for the purpose of enforcing the terms of the settlement agreement. (*Id*. at 2.) Good cause appearing, the Court **GRANTS** the Joint Motion and dismisses this case with prejudice. The Clerk **SHALL** close the file.

　　　**IT IS SO ORDERED.**

**DATED: September 25, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge